UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>ELLA JEANNE CLAASSEN,<br><br>                    Defendant. | No. CR-13-123-WFN<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒    Motion Denied<br>        **(ECF No. 41)** |

At the September 25, 2013, hearing on Defendant's Motion for Reconsideration, Assistant U.S. Attorney Earl A. Hicks represented the United States. Defendant was present with counsel Jeffrey S. Niesen. Both sides argued.

**IT IS ORDERED** Defendant's Motion for Reconsideration, **ECF No. 41,** is **DENIED**. Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

Pretrial Services is directed to facilitate a chemical dependency/mental health evaluation.

DATED September 25, 2013.

              S/ JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1