PS 8
(5/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 0 2 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

U.S.A. vs.    Claassen, Ella Jeanne    Docket No.    2:13CR00123-001-WFN

## Petition for Action on Conditions of Pretrial Release

COMES NOW, Melissa S. Hanson, pretrial services officer, presenting an official report upon the conduct of defendant, Ella Jeanne Claassen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 25th day of November 2013, under the following conditions:

**Condition #19:** Inpatient Treatment: Defendant shall participate in an intensive inpatient treatment program:

Defendant shall execute full, mutual releases. It is defense counsel's responsibility to timely provide those releases pre-release to pretrial services. Prior to release from inpatient treatment, an outpatient treatment program must be presented to the Court. If the defendant does not have a structured outpatient treatment program in place prior to conclusion of inpatient treatment, the defendant automatically shall go back into the custody of the U.S. Marshal. If the defendant leaves the treatment facility, or is terminated from treatment, the treatment facility personnel shall immediately notify the U.S. Probation Officer or, if the U.S. Probation Officer is unavailable, the U.S. Marshal, who shall in turn immediately notify the undersigned.

Following inpatient treatment, the defendant shall participate in an aftercare program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** On December 30, 2013, the defendant was unsuccessfully terminated from Spokane Addiction and Recovery Center (SPARC) inpatient treatment facility.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:    01/02/2014 |
|   | by | s/Melissa S. Hanson |
|   |   | Melissa S. Hanson
U.S. Pretrial Services Officer |

PS-8
Re: CLAASSEN, Ella Jeanne
January 2, 2014
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

1/2/14
_____
Date