UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ELLA JEANNE CLAASSEN, a/k/a Ella Jean Claassen,<br><br>   Defendant. | No. 2:13-CR-123-WFN<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>☒   Motion Granted<br>      **(ECF No. 77)** |

At the July 21, 2014, hearing on Defendant's Motion to Modify Pretrial Release Conditions, ECF No. 7, Defendant appeared with counsel Jeffrey S. Niesen. Assistant U.S. Attorney Pamela J. Byerly represented the United States.

The United States does not object to the requested modifications. Based on the representations of Ms. Byerly and Mr. Niesen, and Defendant's performance to date, the Court **GRANTS** Defendant's Motion and modifies conditions of release as follows:

1. Defendant is allowed to change residences.
2. Defendant shall report to her U.S. Probation Officer once a month.
3. Defendant shall no longer be subject to a curfew.
4. The Defendant shall not be required to participate in intensive inpatient treatment, as previously ordered.

ORDER - 1

1  Defendant shall continue to abide by all other conditions of release
2  previously set.
3  DATED July 21, 2014.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2